# EXHIBIT B

From: Lindsay Brubaker [mailto:lbrubaker@botkinrose.com]
Sent: Thursday, May 02, 2013 10:03 AM
To: Gregg B. Elzey; Bryce, Martin C., Jr. (Phila)
Subject: RE: Bradley v. Armstrong et al.

**REDACTED**

That said, if CAC should decide to remove this case upon service, we will consent to do so.

Thanks.


**Lindsay C. Brubaker**
**BotkinRose PLC**
3190 Peoples Drive
Harrisonburg, VA 22801
540.437.0019
540.437.0022 (fax)

LBrubaker@botkinrose.com
www.botkinrose.com

The IRS requires us to inform you that any advice contained in this email (including any attachments) is not intended to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

This e-mail and any attachment may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.